UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD D. COOK,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>UNKNOWN,<br><br>　　　　　Respondent. | No. 2:20-cv-2108 AC P<br><br><br>ORDER |

Petitioner, a county inmate, filed a document styled as a letter seeking release from incarceration. ECF No. 1. By order filed October 27, 2020, petitioner was ordered to file a petition and to either pay the filing fee or file an application for leave to proceed in forma pauperis within thirty days. ECF No. 3. Thirty days have now passed, and petitioner has not filed a petition or application for leave to proceed in forma pauperis, paid the filing fee, or otherwise responded to the order. Petitioner will be given one more opportunity to comply with the October 27, 2020 order.

Accordingly, IT IS HEREBY ORDERED that:

1. Within twenty-one days of the service of this order, petitioner must file a petition for writ of habeas corpus.

2. Within twenty-one days of the service of this order, petitioner must either file an application to proceed in forma pauperis or pay the filing fee.

1

1  3. Failure to comply with either part of this order will result in a recommendation that
2  this action be dismissed.
3  DATED: December 17, 2020

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2