UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD D. COOK, | No. 2:20-cv-2108 WBS AC P |
| Petitioner, | |
| v. | ORDER |
| UNKNOWN, | |
| Respondent. | |

  Petitioner, a county inmate, initially filed a document styled as a letter seeking release from incarceration. ECF No. 1. By order filed October 27, 2020, he was ordered to file a petition and either pay the filing fee or submit an application to proceed in forma pauperis. ECF No. 3. After failing to comply with or otherwise respond to the order, petitioner was given one more opportunity to comply. ECF No. 4. He did not do so. On January 26, 2021, the undersigned therefore recommended that this action be dismissed, and petitioner was given fourteen days to file objections. ECF No. 5. Petitioner has now filed a letter in which he states that he wants to file the paperwork, but he fears unspecified retaliation, believes his life is in danger, and does not know how to complete the paperwork. ECF No. 6.

  This case cannot proceed without a petition and either the payment of the filing fee or submission of an application to proceed in forma pauperis. As petitioner was previously advised, this court will not issue any orders granting or denying relief until an action has been properly

commenced.  While the court understands that petitioner believes that he is in danger, claims about his conditions of confinement are not properly before the court in a habeas action. Moreover, even if the claims were properly before the court, petitioner provides no specifics about the danger he believes he is facing or who is threatening his safety.  If petitioner would like to pursue claims about his conditions of confinement, he will need to do so by initiating a separate civil rights action pursuant to 42 U.S.C. § 1983.

In light of petitioner's letter, the January 26, 2021 findings and recommendations will be vacated, and petitioner will be given one final chance to submit a petition and either the filing fee or an application to proceed in forma pauperis.  Petitioner should follow the instructions on the forms and answer any questions to the best of his ability.

Accordingly, IT IS HEREBY ORDERED that:

1. The January 26, 2021 findings and recommendations, ECF No. 5, are VACATED.

2. Within twenty-one days of the service of this order, petitioner must file a petition for writ of habeas corpus and either file an application to proceed in forma pauperis or pay the filing fee.  Failure to comply with either part of this order will result in a recommendation that this action be dismissed.

3. The Clerk of the Court is directed to send petitioner copies of the form for filing a petition for writ of habeas corpus, the prisoner complaint form, and the application to proceed in forma pauperis by a prisoner.

DATED: February 9, 2021

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE