UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD D. COOK,<br><br>            Petitioner,<br><br>    v.<br><br>UNKNOWN,<br><br>            Respondent. | No. 2:20-cv-2108 WBS AC P<br><br>FINDINGS AND RECOMMENDATIONS |

Petitioner, a county inmate, filed a document styled as a letter seeking release from incarceration. ECF No. 1. Petitioner was ordered to file a petition and either pay the filing fee or submit an application to proceed in forma pauperis. ECF No. 3. After he failed to comply with or otherwise respond to the order, petitioner was given one more opportunity to submit a petition. ECF No. 4. When he did not, the undersigned recommended that this action be dismissed. ECF No. 5. Petitioner then filed a letter in which he stated that he wanted to file the paperwork, but feared unspecified retaliation, believed his life was in danger, and did not know how to complete the paperwork. ECF No. 6. In light of petitioner's letter, the findings and recommendations were vacated, and petitioner was given a final opportunity to submit a petition and either the filing fee or an application to proceed in forma pauperis and warned that failure to do so would result in a recommendation that this action be dismissed. ECF No. 7. Petitioner has not complied.

////

1

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See L.R. 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, petitioner may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Petitioner is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: March 22, 2021

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE